FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 28  AM 11: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO JOHNS                                      CIVIL ACTION

VERSUS                                             NO. 06-3767

DAVID EDWARDS, ET AL.                              SECTION: "F"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED RECOMMENDED** that plaintiff's claims against David Edwards and James Miller are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(1)(i).

**IT IS FURTHER ORDERED** that defendants' motion, Rec. Doc. 15, is **GRANTED. IT IS FURTHER ORDERED** that plaintiff's claims against Robert Tanner, Douglas Brooks, Misty Verdin, Jerry Thomas, and Michael Harrell are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this 27th day of JUNE, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____